# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

FILED BY _____ D.C.
05 NOV 28 AM 11:35
THOMAS M. GOULD
CLERK, US DISTRICT COURT
        MEMPHIS

REGINALD HUDSON,                          JUDGMENT IN A CIVIL CASE

    Plaintiff,

v.

SHERIFF MARK LUTTRELL, et al.,      CASE NO: 05-2694 Ml/V

    Defendants.

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court for consideration, the issues having been considered, and a decision rendered,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Assessing $250 Filing Fee, Order of Dismissal, Order Certifying Appeal Not Taken in Good Faith, and Notice of Appellate Filing Fee, entered November _28_, 2005, this case is DISMISSED.

APPROVED:

_/s/ Jon P. McCalla_
JON P. McCALLA
UNITED STATES DISTRICT COURT

_Nov. 28, 2005_
Date

THOMAS M. GOULD
Clerk of Court

_/s/ Judy Easley_
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _11-28-05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02694 was distributed by fax, mail, or direct printing on November 28, 2005 to the parties listed.

Reginald Hudson
05119991
201 Poplar 2-A-13
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT